CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Canton
COUNTY: Madison

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 3-16CR12 OPS-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: Richard Calvin Harper

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA Darren J. LaMarca    BAR # MSB#1782

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
 X  ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  4  ___ PETTY ___ MISDEMEANOR  4  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:371.F | 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1 |
| Set 2  18:549.F | 18 U.S.C. § 549 | Removing Goods from Customs Custody | 2 & 3 |
| Set 3  18:659.F | 18 U.S.C. § 659 | Interstate or Foreign Shipment by Carrier | 4 |
| Set 4 | | | |
| Set 5 | | | |

Date: 3/7/2016   SIGNATURE OF AUSA: Jerry L. Rushing for Darren J. LaMarca

(Revised 2/26/10)