CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Canton

COUNTY: Madison

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:16CR12 OPS-LRA
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED:  X  YES ____ NO

NAME/ALIAS: Andrew Sneed

**U.S. ATTORNEY INFORMATION:**

AUSA  Darren J. LaMarca    BAR # MSB#1782

INTERPRETER:  X  NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  4  ____ PETTY ____ MISDEMEANOR  4  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:371.F | 18 U.S.C. § 371 | Conspiracy to Defraud the United States | 1 |
| Set 2   18:549.F | 18 U.S.C. § 549 | Removing Goods from Customs Custody | 2 & 3 |
| Set 3   18:659.F | 18 U.S.C. § 659 | Interstate or Foreign Shipment by Carrier | 4 |
| Set 4 | | | |
| Set 5 | | | |

Date: 3/7/2016    SIGNATURE OF AUSA: *Joseph Cushing for Darren J. LaMarca*

(Revised 2/26/10)