# United States District Court
## District of Nevada (Las Vegas)
## CRIMINAL DOCKET FOR CASE #: 2:16–mj–00486–VCF–1
### *Internal Use Only*

Case title: USA v. Sneed                    Date Filed: 07/06/2016

Other court case number: 3:15–cr–12–DPJ–LRA Southern
                         District of Mississippi

Assigned to: Magistrate Judge Cam
Ferenbach

**Defendant (1)**

**Andrew Sneed**                 represented by    **Amelia Bizzaro**
                                                   Federal Public Defenders Office
                                                   411 E. Bonneville
                                                   Suite 250
                                                   Las Vegas, NV 89101
                                                   702–388–6577
                                                   Fax: 702–388–5189
                                                   Email: ecf_nvnch@fd.org
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: FPD*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 | |

**Plaintiff**

**USA**             represented by   **Jared Grimmer**
US Attorney's Office, Dist of NV
501 Las Vegas Blvd S, Suite 1100
Las Vegas, NV 89101
702–388–6336
Email: jared.l.grimmer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/06/2016 | 1 | 4 | Rule 5(c)(3) Documents Received as to Andrew Sneed. Documents received from Southern District of Mississippi / Northern Division include Indictment. (MMM) (Entered: 07/06/2016) |
| 07/06/2016 | 2 | 9 | MINUTES OF PROCEEDINGS – Initial Appearance in Rule 5(c)(3) Proceeding as to Andrew Sneed held on 7/6/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Jared Grimmer*; Def Counsel: *Amelia Bizzaro*; Court Reporter/FTR #: *3:16 − 3:22*; Courtroom: *3D*; Defendant is present in custody. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the Southern District of Mississippi. Defense counsel requests a one day continuance to allow her client to interview with Pretrial Services, which is GRANTED. Defendant is remanded to custody. Rule 5 deadline set for 7/20/2016. Detention Hearing set for 7/7/2016 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.**(no image attached)** (Copies have been distributed pursuant to the NEF – JAR) (Entered: 07/06/2016) |
| 07/06/2016 | 3 | 10 | *SEALED* **SEALED** FINANCIAL AFFIDAVIT by Andrew Sneed. (MMM) (Entered: 07/06/2016) |
| 07/06/2016 | 4 | 12 | ORDER APPOINTING COUNSEL as to Andrew Sneed. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge Cam Ferenbach on 7/6/16. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 07/06/2016) |
| 07/06/2016 | 5 | 14 | WAIVER of Rule 5(c)(3) Hearings by Andrew Sneed. (MMM) (Entered: 07/06/2016) |
| 07/06/2016 | 6 | 15 | ORDER Scheduling a Detention Hearing for 7/7/2016 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 7/6/16. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 07/06/2016) |
| 07/07/2016 | 7 | 16 | MINUTES OF PROCEEDINGS – Hearing re Detention Hearing as to Andrew Sneed held on 7/7/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Jared Grimmer*; Def Counsel: *Brian Pugh*; Court Reporter/FTR #: *3:11 − 3:13*; Courtroom: *3D*; Defendant is present in custody. Government continues to seek detention. Defendant requests one more day continuance so Pretrial Services may verify certain information, which is GRANTED. Defendant is remanded to custody. |

| | | | |
|---|---|---|---|
| | | | Detention Hearing set for 7/8/2016 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.**(no image attached)** (Copies have been distributed pursuant to the NEF – JAR) (Entered: 07/08/2016) |
| 07/08/2016 | 8 | 17 | ORDER Scheduling a Detention Hearing for 7/8/2016 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach. Signed by Magistrate Judge Cam Ferenbach on 7/7/16. (Copies have been distributed pursuant to the NEF – MMM) (Entered: 07/08/2016) |
| 07/08/2016 | 9 | 18 | MINUTES OF PROCEEDINGS – Detention Hearing as to Andrew Sneed held on 7/8/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Jared Grimmer*; Def Counsel: *Brad Levenson*; Court Reporter/FTR #: *3:29 – 3:41*; Courtroom: *3D*; Defendant is present in custody. Government continues to seek detention and the court hears arguments. ORDERED that the defendant is DETAINED. The U.S. Marshal will transport the defendant forthwith to the Southern District of Mississippi. Defendant is remanded to custody. **(no image attached)** (Copies have been distributed pursuant to the NEF – JAR) (Entered: 07/11/2016) |
| 07/12/2016 | 10 | 19 | COMMITMENT TO ANOTHER DISTRICT as to Andrew Sneed. Defendant committed to District of Southern District of Mississippi. Signed by Magistrate Judge Cam Ferenbach on 7/12/16. (Copies have been distributed pursuant to the NEF – TR) (Entered: 07/13/2016) |
| 07/12/2016 | 11 | 20 | ORDER OF DETENTION as to Andrew Sneed. Defendant shall be detained pending trial. Signed by Magistrate Judge Cam Ferenbach on 7/12/16. (Copies have been distributed pursuant to the NEF – TR) (Entered: 07/13/2016) |
| 07/22/2016 | 12 | 22 | TRANSMITTAL to the Southern District of Mississippi regarding Rule 5c documents in case as to Andrew Sneed. Docket sheet and documents transmitted MSSD electronically via email. (DL) (Entered: 07/22/2016) |



___ RECEIVED
___ ENTERED
___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 3:16CI12 DPJ-LRA

RICHARD CALVIN HARPER and          18 U.S.C. § 371
ANDREW SNEED                       18 U.S.C. § 549
                                   18 U.S.C. § 659

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAR 10 2016
ARTHUR JOHNSTON
BY:_____ DEPUTY

2:16-mj-486-VCF

**The Grand Jury charges:**

At all times relevant to this indictment:

1. Richard Calvin Harper is a resident of Hinds County, Mississippi;

2. Andrew Sneed is a resident of the State of California;

3. Levi Strauss & Company (Levi Strauss) operated a United States Customs bonded warehouse, located at 501 Denim Way, Canton, Mississippi;

4. Although the United States Customs bonded warehouse was physically located within the territory and jurisdiction of the United States, for purposes of customs entry procedures and payment of duties and taxes, the warehouse was considered to be outside the United States and in foreign commerce.  Goods and materials brought into and held within the bonded warehouse are not subject to customs duties and taxes unless and until the goods and materials are withdrawn from the bonded warehouse and placed into domestic commerce;

5. On July 4, 2015, Levi Strauss's bonded warehouse contained several tractor/trucks and bonded trailers containing merchandise owned by Levi Strauss but not yet entered into domestic commerce;

6. On the morning of July 5, 2015, Levis Strauss found three of its trailers containing Levi Strauss merchandise missing and the fencing surrounding its bonded warehouse breached;

7. The content of one of the trailers was recovered on July 5, 2015;

8. The contents of the other two trailers was not recovered; and

9.  The value of the contents taken and not recovered was approximately $1,500,000.00.

COUNT 1

That from on or about a date unknown to the Grand Jury, but at least as early as July 4, 2015, through July 5, 2015, in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **RICHARD CALVIN HARPER and ANDREW SNEED,** did knowing and willfully conspire with each other and with others known and unknown to the Grand Jury, to commit offenses against the United States as follows:

To steal merchandise stored in a bonded warehouse or which were in United States Customs' custody or control, in violation of 18 U.S.C. § 549; to transport and receive merchandise which had been stolen from a bonded warehouse or which were in United States Customs' custody or control, in violation of 18 U.S.C. § 549; to steal goods from an interstate or foreign shipment having a value exceeding $1,000.00, in violation of 18 U.S.C. § 659; and, to possess, purchase or receive goods stolen from an interstate or foreign commerce shipment having a value exceeding $1,000.00, in violation of 18 U.S.C. § 659.

It was a part of the conspiracy that the defendants would steal and carry away shipments of clothing from the bonded warehouse of Levi Strauss in Canton, Mississippi.

It was a part of the conspiracy that the defendants would transport the shipments from the Canton, Mississippi location to a warehouse in Clinton, Mississippi, for loading onto different trailers hauled by different tractor-trucks for further transportation.

It was a part of the conspiracy that the defendants would receive compensation for their roles in the conspiracy.

In furtherance of the conspiracy and to carry out its objectives in the Southern District of Mississippi, and elsewhere, the defendants and others committed and caused to be committed overt acts including, but not limited to, the following:

1. Sometime prior to July 4, 2015, the specific date unknown to the Grand Jury, defendant **ANDREW SNEED** and others met defendant **RICHARD HARPER** in Jackson, Mississippi, and discussed a plan to steal merchandise from Levis Strauss in Canton, Mississippi;

2. Several days prior to July 4, 2015, **SNEED** contacted **HARPER** and informed him that the merchandise would be taken and transported from Levis Strauss in Canton, Mississippi, on "firecracker day";

3. On the evening of July 4, 2015, **HARPER** attempted to solicit help from another to offload the stolen merchandise from the trailers taken from Levi Strauss and to load the merchandise on different private trailers to be used by the coconspirators to further transport the merchandise;

4. On the evening of July 4, 2015, coconspirators forced entry through the fencing of the bonded warehouse facility of Levi Strauss;

5. On the evening of July 4, 2015, **SNEED** and others transported the trailers holding merchandise from Levis Strauss to a warehouse in Clinton, Mississippi;

6. While at the warehouse in Clinton, Mississippi, on July 4, 2015, **HARPER** and **SNEED** assisted others in the transferring of the merchandise from the original trailers to trailers supplied by coconspirators;

7. **HARPER** was paid for his assistance in providing the warehouse in Clinton and for transferring the merchandise from the original trailers to trailers of the coconspirators;

All in violation of Section 371, Title 18, United States Code.

## COUNT 2

On or about July 4, 2015, in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, defendants **RICHARD CALVIN HARPER and ANDREW SNEED**, aiding and abetting each other and by others, did maliciously, and with the intent to steal, enter a bonded warehouse, vessel, or vehicle, and stole merchandise, to wit: approximately $1,500,000.00 worth of Levi Jeans and Docker's clothing, that were in the control of the United States Customs, in violation of Section 549 and Section 2, Title 18, United States Code.

## COUNT 3

On or about July 4, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, defendants **RICHARD CALVIN HARPER and ANDREW SNEED**, aiding and abetting each other and by others, did knowingly receive merchandise that had previously been stolen or unlawfully removed from a bonded warehouse, vessel, or vehicle, to wit: approximately $1,500,000.00 worth of Levi Jeans and Docker's clothing, in violation of Section 549 and Section 2, Title 18, United States Code.

## COUNT 4

On or about July 4, 2015, in Madison County in the Northern Division of the Southern District of Mississippi, and elsewhere, defendants **RICHARD CALVIN HARPER and ANDREW SNEED**, aiding and abetting each other and by others, did knowingly steal and unlawfully take goods valued at $1,000.00 or more, namely, approximately $1,500,000.00 worth of Levi Jeans and Docker's clothing, located at Canton, Mississippi, with intent to convert to their own use, which goods were moving as, and which were a part of, and which constituted an

interstate and foreign shipment of freight, in violation of in violation of Section 659 and Section 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 982(a)(2), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _10_ day of March, 2016.

UNITED STATES MAGISTRATE JUDGE

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY:

DEPUTY CLERK

8

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Amelia Bizzaro (adam_dunn@fd.org, amelia_bizzaro@fd.org,
ecf_nvnch@fd.org, ecf_vegas@fd.org), Jared Grimmer (caseview.ecf@usdoj.gov,
jared.l.grimmer@usdoj.gov, usanv.team2@usdoj.gov, veronica.criste@usdoj.gov), Magistrate
Judge Cam Ferenbach (vcf_chambers@nvd.uscourts.gov)
--Non Case Participants: CJA Administrators (nvd_cja@nvd.uscourts.gov), Pretrial Services
- NV (nvptml_cmecf_notice@nvpt.uscourts.gov), US Attorney - Criminal Division, General
mailbox (usanv.ecfcrim@usdoj.gov), US Marshal (nevada.vcalendar@usdoj.gov)
--No Notice Sent:

Message-Id:7686535@nvd.uscourts.gov
Subject:Activity in Case 2:16-mj-00486-VCF USA v. Sneed Initial Appearance - Rule 5(c)(3)
(fka Rule 40)
Content-Type: text/html
```

## United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 7/6/2016 at 3:36 PM PDT and filed on 7/6/2016

| | |
|---|---|
| **Case Name:** | USA v. Sneed |
| **Case Number:** | 2:16–mj–00486–VCF |
| **Filer:** | |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **MINUTES OF PROCEEDINGS – Initial Appearance in Rule 5(c)(3) Proceeding as to Andrew Sneed held on 7/6/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Jared Grimmer*; Def Counsel: *Amelia Bizzaro*; Court Reporter/FTR #: *3:16 – 3:22*; Courtroom: *3D*; Defendant is present in custody. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in indictment and is held to answer in the Southern District of Mississippi. Defense counsel requests a one day continuance to allow her client to interview with Pretrial Services, which is GRANTED. Defendant is remanded to custody. Rule 5 deadline set for 7/20/2016. Detention Hearing set for 7/7/2016 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.(no image attached) (Copies have been distributed pursuant to the NEF – JAR)**

**2:16–mj–00486–VCF–1 Notice has been electronically mailed to:**

Jared Grimmer     jared.l.grimmer@usdoj.gov, USANV.team2@usdoj.gov, caseview.ecf@usdoj.gov, veronica.criste@usdoj.gov

Amelia Bizzaro     ecf_nvnch@fd.org, Ecf_Vegas@fd.org, adam_dunn@fd.org, amelia_bizzaro@fd.org

**2:16–mj–00486–VCF–1 Notice has been delivered by other means to:**

# SEALED

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER *(Specify below)* | LOCATION NUMBER |
|---|---|---|---|---|

IN THE CASE OF

United States   v.   Andrew Sneed

FOR

FILED          RECEIVED
AT ___   ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___

PERSON REPRESENTED *(Show your full name)*

CHARGE/OFFENSE *(describe if applicable & check box →)*   ☐ Felony   ☐ Misdemeanor

| | |
|---|---|
| 1 ☐ Defendant - Adult | |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Supervised Release Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other *(Specify)* | |

DOCKET NUMBERS

Magistrate Judge  16-mj-486

District Court

Court of Appeals

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOY-MENT**

Are you now employed?   ☒ Yes   ☐ No   ☐ Self-Employed

Name and address of employer: **Safe & Sound Trans Inc.**

IF YES, how much do you earn per month? $ **2800 - 3200/mo.**

IF NO, give month and year of last employment? How much did you earn per month? $

If married, is your spouse employed?   ☒ Yes   ☐ No

IF YES, how much does your spouse earn per month? $ **seperated**

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**INCOME & ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, give the amount received and identify the sources | $ | |
| | $ | |
| | $ | |

**CASH**   Do you have any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   IF YES, total amount? $

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, give value and description for each | $ **2200** | **pickup truck (1994 suburban)** |
| | $ | |
| | $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ Single
☒ Married
☐ Widowed
☐ Separated or Divorced

Total No. of Dependents

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| cell phone | $ | $ 130 |
| loan | $ 800 | $ |
| money to grown kids (varies) | $ | $ ~300 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*

7/6/16   Date



FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL −6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| **Plaintiff,** ) | |
| vs ) | **2:16-mj-00486-VCF** |
| ANDREW SNEED, ) | **ORDER APPOINTING COUNSEL** |
| **Defendant.** ) | **AND DIRECTING THE MARSHAL** |
| ) | **TO SERVE SUBPOENAS AT** |
| | **GOVERNMENT EXPENSE** |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **ANDREW SNEED.**

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

1

Nevada and subsistence.  Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 6th  day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

AMELIA BIZZARO
Federal Public Defender's Office appearance by:_____

2

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | Case No. 16-mj-486 |
| v. | ) | |
| Andrew Sneed | ) | Charging District's Case No. |
| Defendant | ) | 3:15-cr-12-DPJ-LRA |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* S. D. Mississippi

I have been informed of the charges and of my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)   an identity hearing to determine whether I am the person named in the charges;

(3)   production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)   a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise —
      unless I am indicted — to determine whether there is probable cause to believe that an offense has
      been committed;

(5)   a hearing on any motion by the government for detention;

(6)   request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒   an identity hearing and production of the warrant.

☐   a preliminary hearing.

☐   a detention hearing.

☐   an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
    be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
    by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date: 7/6/16

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Amelia L. Bizzaro
*Printed name of defendant's attorney*

FILED _____  _____ RECEIVED
ENTERED _____  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the

_____ District of NEVADA _____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ANDREW SNEED | ) |
| Defendant | ) |

Case No.  2:16-mj-00486-VCF

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 07/7/2016 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  _____Jul 6, 2016_____

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge
_____
*Printed name and title*

\_\_\_\_FILED          \_\_\_\_RECEIVED
\_\_\_\_ENTERED        \_\_\_\_SERVED ON
              COUNSEL/PARTIES OF RECORD

JUL - 6 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Jared Grimmer (caseview.ecf@usdoj.gov, jared.l.grimmer@usdoj.gov,
usanv.team2@usdoj.gov, veronica.criste@usdoj.gov), Amelia Bizzaro (adam_dunn@fd.org,
amelia_bizzaro@fd.org, ecf_nvnch@fd.org, ecf_vegas@fd.org), Magistrate Judge Cam Ferenbach
(vcf_chambers@nvd.uscourts.gov)
--Non Case Participants: Pretrial Services - NV (nvptml_cmecf_notice@nvpt.uscourts.gov),
US Attorney - Criminal Division, General mailbox (usanv.ecfcrim@usdoj.gov), US Marshal
(nevada.vcalendar@usdoj.gov)
--No Notice Sent:

Message-Id:7689319@nvd.uscourts.gov
Subject:Activity in Case 2:16-mj-00486-VCF USA v. Sneed Miscellaneous Hearing
Content-Type: text/html
```

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 7/8/2016 at 9:16 AM PDT and filed on 7/7/2016

| | |
|---|---|
| **Case Name:** | USA v. Sneed |
| **Case Number:** | 2:16-mj-00486-VCF |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
 **MINUTES OF PROCEEDINGS – Hearing re Detention Hearing as to Andrew Sneed held on 7/7/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Jared Grimmer*; Def Counsel: *Brian Pugh*; Court Reporter/FTR #: *3:11 – 3:13*; Courtroom: *3D*; Defendant is present in custody. Government continues to seek detention. Defendant requests one more day continuance so Pretrial Services may verify certain information, which is GRANTED. Defendant is remanded to custody. Detention Hearing set for 7/8/2016 03:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.(no image attached) (Copies have been distributed pursuant to the NEF – JAR)**

**2:16-mj-00486-VCF-1 Notice has been electronically mailed to:**

Jared Grimmer    jared.l.grimmer@usdoj.gov, USANV.team2@usdoj.gov, caseview.ecf@usdoj.gov, veronica.criste@usdoj.gov

Amelia Bizzaro    ecf_nvnch@fd.org, Ecf_Vegas@fd.org, adam_dunn@fd.org, amelia_bizzaro@fd.org

**2:16-mj-00486-VCF-1 Notice has been delivered by other means to:**

AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

_____ District of __NEVADA_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:16-mj-00486-VCF |
| | ) | |
| _____ANDREW SNEED_____ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 07/08/2016 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      __July 7, 2016___

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

_____
*Printed name and title*

17

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Jared Grimmer (caseview.ecf@usdoj.gov, jared.l.grimmer@usdoj.gov,
usanv.team2@usdoj.gov, veronica.criste@usdoj.gov), Amelia Bizzaro (adam_dunn@fd.org,
amelia_bizzaro@fd.org, ecf_nvnch@fd.org, ecf_vegas@fd.org), Magistrate Judge Cam Ferenbach
(vcf_chambers@nvd.uscourts.gov)
--Non Case Participants: Pretrial Services - NV (nvptml_cmecf_notice@nvpt.uscourts.gov),
US Attorney - Criminal Division, General mailbox (usanv.ecfcrim@usdoj.gov), US Marshal
(nevada.vcalendar@usdoj.gov)
--No Notice Sent:

Message-Id:7692755@nvd.uscourts.gov
Subject:Activity in Case 2:16-mj-00486-VCF USA v. Sneed Detention Hearing
Content-Type: text/html
```

### United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 7/11/2016 at 1:15 PM PDT and filed on 7/8/2016

| | |
|---|---|
| **Case Name:** | USA v. Sneed |
| **Case Number:** | 2:16-mj-00486-VCF |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**
 **MINUTES OF PROCEEDINGS – Detention Hearing as to Andrew Sneed held on 7/8/2016 before Magistrate Judge Cam Ferenbach. Crtrm Administrator: *J. Ries*; AUSA: *Jared Grimmer*; Def Counsel: *Brad Levenson*; Court Reporter/FTR #: *3:29 – 3:41*; Courtroom: *3D*; Defendant is present in custody. Government continues to seek detention and the court hears arguments. ORDERED that the defendant is DETAINED. The U.S. Marshal will transport the defendant forthwith to the Southern District of Mississippi. Defendant is remanded to custody. (no image attached) (Copies have been distributed pursuant to the NEF – JAR)**

**2:16-mj-00486-VCF-1 Notice has been electronically mailed to:**

Jared Grimmer    jared.l.grimmer@usdoj.gov, USANV.team2@usdoj.gov, caseview.ecf@usdoj.gov, veronica.criste@usdoj.gov

Amelia Bizzaro    ecf_nvnch@fd.org, Ecf_Vegas@fd.org, adam_dunn@fd.org, amelia_bizzaro@fd.org

**2:16-mj-00486-VCF-1 Notice has been delivered by other means to:**

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:16-mj-00486-VCF |
| | ) | |
| ANDREW SNEED | ) | Charging District's |
| *Defendant* | ) | Case No.   3:15-cr-12-DPJ-LRA |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ Southern _____ District of _____ Mississippi _____ .

The defendant may need an interpreter for this language: _____ n/a _____ .

The defendant:   ☐ will retain an attorney.

         x  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   _____ July 12, 2016 _____

                       *Judge's signature*

         CAM FERENBACH, U.S. MAGISTRATE JUDGE

                    *Printed name and title*

```
FILED          RECEIVED
ENTERED        SERVED ON
          COUNSEL/PARTIES OF RECORD

       JUL 1 2 2016

     CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:                      DEPUTY
```

19

AO 472  (Rev. 09/08)  Detention Order Pending Trial

```
               ┌──────────────┬──────────────────┐
               │ ___ FILED    │  ___ RECEIVED    │
               │ ___ ENTERED  │  ___ SERVED ON   │
               │         COUNSEL/PARTIES OF RECORD│
               ├──────────────┴──────────────────┤
               │          JUL 1 2 2016            │
               │                                  │
               │     CLERK US DISTRICT COURT      │
               │      DISTRICT OF NEVADA          │
               │ BY: _____ DEPUTY │
               └──────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

### for the

_____ District of  NEVADA _____

United States of America            )
           v.                       )
                                    )        Case No.    2:16-mj-00486-VCF
ANDREW SNEED                        )
_____     )
        *Defendant*                 )

## DETENTION ORDER PENDING TRIAL

        After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), I conclude that these facts require that the defendant be detained pending trial.

### Part I—Findings of Fact

☐ (1)  The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has previously been convicted of   ☐ a federal offense    ☐ a state or local offense that would have been a federal offense if federal jurisdiction had existed  -  that is

    ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4)or an offense listed in 18 U.S.C. § 2332b(g)(5) for which the prison term is 10 years or more.

    ☐ an offense for which the maximum sentence is death or life imprisonment.

    ☐ an offense for which a maximum prison term of ten years or more is prescribed in _____ .*

    ☐ a felony committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses:

    ☐ any felony that is not a crime of violence but involves:

        ☐ a minor victim

        ☐ the possession or use of a firearm or destructive device or any other dangerous weapon

        ☐ a failure to register under 18 U.S.C. § 2250

☐ (2)  The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state release or local offense.

☐ (3)  A period of less than five years has elapsed since the   ☐ date of conviction    ☐ the defendant's release from prison for the offense described in finding (1).

☐ (4)  Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition will reasonably assure the safety of another person or  the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1)  There is probable cause to believe that the defendant has committed an offense

    ☐ for which a maximum prison term of ten years or more is prescribed in _____ .

    ☐ under 18 U.S.C. § 924(c).

    *Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 472  (Rev. 09/08)  Detention Order Pending Trial

# UNITED STATES DISTRICT COURT

for the

_____ District of  NEVADA

☐ (2)   The defendant has not rebutted the presumption established by finding 1 that no condition will reasonably assure the defendant's appearance and the safety of the community.

## Alternative Findings (B)

x  (1)   There is a serious risk that the defendant will not appear.

(2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant is charged with burglary of a bonded warehouse and the evidence is strong.   The court was provided with two supplemental pretrial services reports.  The criminal history consists of five prior felony convictions and six misdemeanor convictions.  It is reported that the defendant's record consists of failures to appear, parole violations, the use of five different aliases, three social security numbers, four dates of birth and an active warrant in South Carolina.  The court finds by a preponderance of evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.  Accordingly, the defendant is DETAINED.

## Part II— Statement of the Reasons for Detention

I find that the testimony and information submitted at the detention hearing establishes by        clear and convincing evidence    x  a preponderance of the evidence that

the defendant is a risk of flight.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Date:        July 12, 2016                                            _____

                                                                               *Judge's Signature*

                                                    CAM FERENBACH, U.S. MAGISTRATE JUDGE

                                                                              *Name and Title*

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON                                                    CYNTHIA JENSEN
DISTRICT COURT EXECUTIVE/CLERK                  CHIEF DEPUTY CLERK, LAS VEGAS

                                                                              JAKE HERB
                                                          CHIEF DEPUTY CLERK, RENO


July 22, 2016

Clerk, U.S. District Court
 Southern District of Mississippi
United States District Court
501 E. Court Street
Jackson, MS 39201
InterdistrictTransfer_MSSD@mssd.uscourts.gov


    RE:    USA v. Andrew Sneed
               Your Case No. 3:15-cr-12-DPJ-LRA_____
               Our NVD Case No. 2:16-mj-00486-VCF-1_____

Dear Clerk:

        Please be advised that the above-referenced defendant was arrested in the District of
Nevada (Las Vegas) on a warrant issued by the Southern District of _Mississippi and appeared
before The Honorable _ Cam Ferenbach, United States Magistrate Judge, on _July 6, 2016.
The Defendant has been detained and remanded to the custody of the United States Marshal
for transport to the Southern District of Mississippi.  Enclosed are all documents completed in
this district.


Thank you.

LANCE S. WILSON, Clerk
United States District Court

/s/A. Lipski

_____
Deputy Clerk


Enclosures