IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 3:16-cr-12-DPJ-LRA-2

ANDREW SNEED

## MOTION TO CONTINUE TRIAL, UNOPPOSED

COMES NOW the defendant, Andrew Sneed, and respectfully moves this court to continue the trial scheduled for September 6, 2016, for the following reasons and in so doing waives his right to a Speedy Trial:

1.

The defendant, Andrew Sneed, is charged in a four-count indictment with violating 18 U.S.C. § 371, Conspiracy to Defraud the United States; 18 U.S.C. § 549, Removing Goods from Customs Custody; and 18 U.S.C. § 659, Interstate or Foreign Shipment by Carrier.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Andrew Sneed, on this indictment at his arraignment on August 5, 2016.

3.

The defendant, Andrew Sneed, requests that the trial date scheduled for September 6, 2016, be continued on the grounds that defense counsel only recently received discovery and needs additional time to investigate the alleged charges and reach an appropriate resolution in this matter.

4.

The Assistant United States Attorney, Darren J. LaMarca, Esq., has been contacted and has no objection to this motion.

Defendant has been fully advised of his right to a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §3161, and, through his counsel, waives said right with respect to the time that elapses as a result of this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset for the next term of court and any other relief the Court deems just and proper.

Respectfully submitted this the 26th day of August, 2016.

ANDREW SNEED, DEFENDANT

By: Dennis Joiner
Federal Public Defender

/s/*Michael L. Scott*
Michael L. Scott, MB#101320
Assistant Federal Public Defender
Northern and Southern Districts of Mississippi
200 South Lamar Street, Suite 200-N
Jackson, MS 39201
Telephone: (601) 948-4284
Facsimile: (601) 948-5510
Email: Mike_Scott@fd.org

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 26th day of August, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

                                                  /s/Michael L. Scott
                                                  Michael L. Scott
                                                  *Assistant Federal Public Defender*